IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3014 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LAANTHONY CLETAE CAIN, | ) | |
| | ) | |
| Defendant. | ) | |

The government has filed a waiver of jury trial. Therefore, this case will be tried to me alone, but I will require the defendant to confirm his waiver on the record Monday morning. We will start trial at 9:00 a.m. The Clerk shall cancel the jurors.

IT IS SO ORDERED.

June 23, 2006.                                        BY THE COURT:

                                                     s/ *Richard G. Kopf*
                                                     United States District Judge