IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3014 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| LAANTHONY CLETAE CAIN, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

There has been some confusion about whether the lawyers and the defendant have received the "Retroactive Sentencing Worksheet." To clarify the matter,

IT IS ORDERED that:

(1)  The "Retroactive Sentencing Worksheet" shall be filed. It does not need to be sealed.

(2)  The Clerk shall provide a copy of the "Retroactive Sentencing Worksheet" to Mr. Stickman and Ms. Fullerton.

(3)  The Clerk shall mail a copy of the "Retroactive Sentencing Worksheet" to Mr. Cain at his last known address.

DATED this 19th day of March, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge