AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3014 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 20177-047 |
| | ) | |
| LAANTHONY CLETAE CAIN, | ) | DAVID R. STICKMAN |
| Defendant. | ) | Defendant's Attorney |
| Date of previous judgment: 9/26/2006 | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 292 months is reduced to 235 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 38 | Amended Offense Level: | 36 | |
| Criminal History Category: | III | Criminal History Category: | III | |
| Previous Guideline Range: | 292 to 365 months | Amended Guideline Range: | 235 to 293 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

✓ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated September 26, 2006, shall remain in effect.

The motion (filing 79) and joint stipulation (filing 94) are granted as provided herein, but are otherwise denied.

**IT IS SO ORDERED.**

Dated this 10th day of July, 2009
Effective Date: 10th day of July, 2009

*S/Richard G. Kopf*
United States District Judge