IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3014 |
| | ) | |
| V. | ) | |
| | ) | |
| LAANTHONY CLETAE CAIN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the defendant's motion for leave (filing 137) is denied.

DATED this 2nd day of February, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge