IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3014 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| LAANTHONY CLETAE CAIN, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant sent the Clerk what appears to be a petition for writ of mandamus directed to the United States Court of Appeals for the Eighth Circuit.

IT IS ORDERED that:

(1) The Clerk of the United States District Court for the District of Nebraska shall file the materials submitted to the Clerk and docket them as a petition for writ of mandamus.

(2) The District Court Clerk shall forward to the United States Court of Appeals for the Eighth Circuit a copy of this order and a copy of the petition for writ of mandamus.

(3) The District Court Clerk shall not treat the petition for writ of mandamus as a pending motion and the undersigned will take no further action regarding it.

DATED this 2nd day of March, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge