AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

United States of America
v.
LaAnthony Cletae Cain

Case No: 4:06CR3014
USM No: 20177-047

Date of Original Judgment: 09/26/2006
Date of Previous Amended Judgment: 07/10/2009
*(Use Date of Last Amended Judgment if Any)*

Michael Hansen
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  235  months **is reduced to**  188 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  9/26/2006 & 07/10/2009  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/08/2012                              s/ Richard G. Kopf
                                                    *Judge's signature*

Effective Date: 06/08/2012                          Richard G. Kopf, Senior United States District Judge
*(if different from order date)*                    *Printed name and title*