IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3014 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| LAANTHONY CLETAE CAIN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to quash destruction of exhibits (filing 188) is denied.

Dated September 30, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge