IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:06CR3014 |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER |
| LAANTHONY CLETAE CAIN, | |
| Defendant. | |

Defendant was afforded an opportunity for a hearing but is currently being held in state custody on related charges and agreed to waive the right to a detention hearing. Defendant has therefore failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3143 (a) and Fed. R. Crim. P. Rule 32.1(a)(6), that Defendant will appear at court proceedings and will not pose a danger to the safety of any person or the community if released.

Accordingly,

IT IS ORDERED:

1) Defendant shall be returned to state custody for confinement on state charges.

2) Upon release from state custody, the U.S. Marshal is commanded to take custody of the above-named defendant for further proceedings in this court.

3) The Amended Petition (Filing No. 257), supersedes the Initial Petition (Filing No. 237). The Initial Petition (Filing No. 237), is therefore terminated.

June 3, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge